RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Aldo Sanchez A.K.A Kristopher Johnson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00267-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| ALDO SANCHEZ, A.K.A Kristopher Johnson (True Name), | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Aldo Sanchez, that the Revocation Hearing currently scheduled on February 24, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     The parties require additional time for negotiations to determine whether this matter will be resolved through a joint recommendation to the Court or will proceed to a contested hearing.

2. Defense counsel requires additional time to review Fed. R. Crim. P. 32.1(b)(2)(B) disclosures, conduct investigation, and counsel defendant on his legal options.

3. Defense counsel is out of district on the currently scheduled revocation hearing date.

4. The defendant is in custody and agrees to the continuance

5. The parties, including U.S. Probation Officer Donnette Johnson, agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Joy Chen* | By */s/ Daniel J. Cowhig* |
| JOY CHEN<br>Assistant Federal Public Defender | DANIEL J. COWHIG<br>Assistant United States Attorney |

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALDO SANCHEZ,
A.K.A Kristopher Johnson (True Name),

Defendant.

Case No. 2:20-cr-00267-GMN-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 24, 2025 at 10:00 a.m., be vacated and continued to  April 9, 2025  at the hour of 10:00 a.m.

DATED this  20  day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

3