SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALDO SANCHEZ,<br>　　a.k.a. "Kristopher Johnson,"<br><br>　　　　Defendant. | Case No. 2:20-cr-267-GMN-EJY<br><br>Third Stipulation to Continue Hearing for Revocation of Supervised Release |

The United States of America, through Sigal Chattah, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, appearing in support of the Probation Office, and defendant Aldo Sanchez, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, stipulate and agree and jointly move this Honorable Court to vacate the revocation hearing hearing set for Friday, May 9, 2025, at 9:30 a.m. and reset the hearing to a date and time convenient to the Court no sooner than the week of June 16, 2025.

The parties make this stipulation because:

　　counsel for defendant will be unavailable on the current setting; and

the central allegations of the Order on Petition for Revocation, ECF No. 7, that defendant Sanchez committed another crime and possessed a firearm, are the subject of an ongoing criminal prosecution in state court, *State of Nevada vs Kristopher Johnson*, Case No. C-24-382283, in the Eighth Judicial District Court, Clark County. Calendar call in that case is currently set for June 23 and trial for June 30, 2025. *Id.*

The parties make this stipulation for good cause and not for the purposes of delay.

Defendant Sanchez is in custody on this matter and agrees to this continuance.

This is the third request to continue this revocation hearing.

The parties respectfully request this Honorable Court issue the following proposed Order to accomplish these ends.

Respectfully submitted this May 2, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| //s// Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>ALDO SANCHEZ | //s// Daniel J Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

## ORDER

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the revocation hearing set for Friday, May 9, 2025, at 9:30 a.m. be vacated and reset for __July 9__, 2025, at _9:00 a.m._ in Courtroom 7D.

**IT IS SO ORDERED** this May __5__, 2025.

THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE