RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Kristopher Johnson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>ALDO SANCHEZ,<br>     a.k.a. "Kristopher Johnson,"<br><br>             Defendant. | Case No. 2:20-cr-00267-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Aldo Sanchez, that the Revocation Hearing currently scheduled on July 9, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   Counsel for the defendant recently attended a two-week long out-of-district training and did not return to the office until July 1, 2025.

2. The United States Probation Officer assigned to this case was out of the office July 1, 2025, and did not return until July 7, 2025.

3. Counsel for the defendant learned on July 7, 2025, that the United States Probation Office intends to seek a statutory maximum sentence.

4. Counsel for the defendant requires additional time to prepare sentencing mitigation.

5. The defendant is in custody.

6. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 8th day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Rick Mula<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDO SANCHEZ,<br>   a.k.a. "Kristopher Johnson,"<br><br>Defendant. | Case No. 2:20-cr-00267-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 9, 2025 at 9:00 a.m., be vacated and continued to September 17, 2025 at the hour of 11:00 a.m.

DATED this __8__ day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

3