RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Kristopher Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ALDO SANCHEZ,<br>   a.k.a. "Kristopher Johnson,"<br><br>       Defendant. | Case No. 2:20-cr-00267-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Aldo Sanchez, that the Revocation Hearing currently scheduled on September 17, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    The parties have negotiated a potential resolution of this matter, and Mr. Sanchez requires additional time to consider it.

    2.    Mr. Sanchez is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 29th day of August, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALDO SANCHEZ,<br>    a.k.a. "Kristopher Johnson,"<br><br>    Defendant. | Case No. 2:20-cr-00267-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 17, 2025 at 11:00 a.m., be vacated and continued to November 18, 2025 at the hour of 10:00 a.m.

DATED this __4__ day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE